IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 18 CR 95 JDP |
| MATTHEW SLAUGHTER, | 18 U.S.C. § 2252(a)(4)(B) |
| | 18 U.S.C. § 2252(b)(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 14, 2016, in the Western District of Wisconsin, the defendant,

MATTHEW SLAUGHTER,

knowingly possessed an LG cellular telephone, model number LS675, containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically the LG cellular telephone, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, the depictions were of such conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2)).

FORFEITURE ALLEGATION

As a result of the offense charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(4)(B), pursuant to Title 18, United States Code, Section 2253, the defendant,

MATTHEW SLAUGHTER,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as an LG cellular telephone, model number LS675.

A TRUE BILL

_____
PRESIDING JUROR

_____
SCOTT C. BLADER
United States Attorney

Indictment returned: 6-20-18