UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.                                            Case No.   18-cr-95-jdp

MATTHEW SLAUGHTER,

    *Defendant*.

---

**AFFIDAVIT OF MATTHEW SLAUGHTER**

STATE OF WISCONSIN      )
                                      ) ss.
COUNTY OF DANE          )

    Matthew Slaughter, being first duly sworn, on oath deposes and says that:

    1.    I am the defendant in the case captioned above.

    2.    On November 14, 2016, I was arrested outside my workplace, Wing Stop, on Regent Street in Madison, Wisconsin. I was employed as an assistant manager. A man named Javier, a cook, was also working at Wing Stop that day. *I was his supervisor*

    3.    Before my arrest, I had two cell phones charging behind the counter at Wing Stop. One was an LG brand black cellular telephone, model

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC

number LS675, and another older-model, flip cell phone.

4. Police officers arrested me in the Wing Stop parking lot. I was handcuffed and searched. Neither cell phone was on my person.

5. While I was sitting in [Standing near] the back of a police car, my parole agent asked me if I had a cell phone and I told him, _Yes I have a flip phone inside_.

6. My parole agent then went inside Wing Stop. When he came out again he had what appeared to be two cell phones in one of his hands. [At first] I could not see well enough from the police car to say for certain whether the two cell phones were my cell phones.

7. My parole agent ~~never~~ asked me if ~~either of the two phones~~ [the LG Phone] belonged to me. He never asked for permission to seize them or search them. I never gave consent to him or anyone else to seize my cell phones or to search their contents. _I said the LG Phone belonged to me._

8. I have been incarcerated since November 14, 2016. As an inmate, I am not allowed to possess cell phones.

9. I did not learn what happened to my cell phones until I received the discovery in this case.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC

MS

Dated at Madison, Wisconsin this September 25, 2018.

_____
Matthew Slaughter

Subscribed and sworn to before
me this 25th day of September, 2018

_____
Peter R. Moyers
Associate Federal Defender
FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
peter_moyers@fd.org

