Your Honor,

    My name is Matthew Slaughter i'm 37 years old and I come in front of the mercy of the court because of my poor judgement and terrible decision making while on supervision in 2016. I knowingly purchased a smart phone with internet capabilities which was a violation of my supervision rules and knowing the risks involved with internet access. I then used the phone to search images of nude minors and saved those images to my phone I take full responsibility of my illegal activities and plan to never allow that to happen again as well as any other illegal behaviors by taking steps while incarcerated to not only recognize all my risky behaviors and situations but to also place steps and plans to stop it all well before I hurt anyone else or myself ever again.

    I am a good hearted, caring man who grew up in a Protestant home with a Pastor for a Father and a mother who played the piano in church both of which worked hard for my entire life to not only provide for their family but to enstill morals and good behavior into all their children especially their young I had my parents as great examples of how to behave and to take care of your responsibilities if I was willing to interalize it. I had a great childh with my family of four though I had to endure some hardships early in li which affected me a lot whether we could recognize it early or not. Between my mother going back to school fulltime, constantly moving from homes an schools throughout my life to being held back in two grades by the time I reached sixth grade all the while having "the Perfect older brother" casting me in a shadow I couldn't overcome for years to come, though I now it wasn't intentional. I've heard on different occasion that, "Steve ould never hurt a fly" which my adolescent mind mistook that to mean Steve couldn't hurt a fly so that must mean I can. I know it had nothing to do with me now but as a child I didn't associate the difference

Then not being able to deal with additions in the home whether the failed attempt to adopt kirstie or the new addit
I knew losses at an early age having to leave best friend after
*to the family which I never knew what to say or how to cope with not being the focus any more. More
best friend never seeing them again due to moves the family made over
*to take any focus off of me though instead of working at being a good brother I focused on the
wrong aspects b/c I couldn't deal with what I didn't talk about.

years resulting in my grown up self ~~to continue~~ Continuing to fracture relationships and leaving friends in many different ways. Whether losing touch by going to prison, pushing people away, or not being open and honest with people I tend to find myself often alone forcing myself to cope with situations by myself and then continuing to fail. Being alone or lonely is one of my main self destructive emotions that enables my devious deceptive mind that attempts to solve problems but doesn't honestly take things into account which continues the cycle of failure. Reaching out to others for help is a key to being honest because its easier to lie to yourself and having a support system that can be brutally honest ~~sometimes~~ all the time will help me to get out of my head and make better decisions.

I know that two of my biggest struggles are honesty and trust. I feel that if i'm honest people will use that against me. Whether i've got to omit some information or straight out lie to protect myself in prison or to prevent trouble on supervision. It's a vicious cycle because I feel that not being honest helps me but in reality it ruins my life and hurts if not completely destroys relationships once again causing me to be alone starting my cycle over again. I lack trust in people not sure who to trust which creates barriers between myself and others which fractures relationships with family, friends, authority, therapists or anyone else I come in contact with and whether they have my best interest or not. That also creates problems new relationships all culminating in continuing to be alone and once again to rely on myself to solve problems which I struggle with. Unlike when I was cut on my sophomore basketball team, told I could run track my senior year because I was held back in first and fifth grade or constant changes in schools and church losing friendships, i've struggled with coping attempting to cope on my own instead of searching out help from others. Not being able to cope properly on my own i've turned to negative behaviors such as drugs,

alcohol, pornography, and or acting out in some way. I know that talking with someone either family, friends, therapist, supervision agent, pastor or anyone else who is willing to help me would have not only helped me to cope in past situations but also would have built some trust and would have went a long way to trust people. I know that being honest with my support system that I do have and professionals who do care about my success and i've i'm being honest about all my triggers and risky situations that I will receive the help i've needed in my life and will need in the future to successfully cope with any situation good or bad, as well as giving myself better tools to be able to cope in the future. Being able to cope with any situation with help then i'll be able to be successful on supervision and in life not creating another victim as well as not hurting myself and those I care about and anyone else I may come into contact with in the future. I know I can do In the past I don't think about what I need to do until i'm about to get out of prison nor do I practice it til I got out. I've conditioned myself for years to do the wrong thing and to fuel my addictions. At this moment i've got a significant amount of time to condition myself to be honest, talk to others about my triggers and concerns and to take the power out of my addictions by no longer fueling them. I will make my time I have remaining already to seek out the help I need by taking Sex Offender treatment at Racine Correctional Institution, AODA, AA, religious opportunities, furthering my college education so I can give myself further tools to continue to advance so then when i'm able to rejoin society I can succeed and live. All I want to do is live. I want to be a productive member of society even if it's a simple life of working, spending time with my loved ones and having no more victims. I'm already planning to go to all the treatments when I get out as well as celebrate recovery at

y church or help create a branch at another church where I live so I
[ca]n have many avenues of support to give myself as many ways
[t]o succeed as I can. I believe that someone like myself that
[th]e way I can be successful is having absolute sobriety, absolutely
[n]o more victims and never break the law for the rest of my life.
Thank you for your time Your Honor.

Matthew Slaughter